CARLIE CHRISTENSEN, United States Attorney (#633)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone:   (801) 524-5682
Facsimile:   (801) 325-3269

FILED
U.S. DISTRICT COURT

2015 JUN -3  ⊃ 1: 05

DISTRICT OF UTAH

BY:_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>SUSHIL KUMAR SOMPUR<br>a.k.a. SUSHIL KUMAR SOMPUR<br>VASANTHKUMAR,<br><br>          Defendant. | INDICTMENT<br><br>:<br>:<br>:  VIOS. COUNTS 1-11, 18   U.S.C. §<br>:  2261A(2)(B)(i), CYBERSTALKING<br>:<br><br>Case: 2:15-cr-00293<br>Assigned To : Benson, Dee<br>Assign. Date : 6/3/2015<br>Description: USA v. |

The Grand Jury charges:

<u>COUNT 1</u>

(Cyberstalking)
18 U.S.C. § 2261A(2)(B)(i)

Between on or about June 30, 2011and January 30, 2015, in the Central Division of

the District of Utah, and elsewhere,

be sent malicious emails and telephone calls that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to A.S.; all in violation of Title 18 U.S.C. § 2261A(2)(B)(i).

COUNT 3

(Cyberstalking)
18 U.S.C. § 2261A(2)(B)(i)

Between on or about June 30, 2011and January 30, 2015, in the Central Division of the District of Utah, and elsewhere,

**SUSHIL KUMAR SOMPUR**
**a.k.a. SUSHIL KUMAR SOMPUR VASANTHKUMAR,**

the defendant herein, with the intent to injure, harass and intimidate G.E., a person known to the Grand Jury, through the use of the mail, any interactive computer service, electronic communication service, electronic communication service of interstate commerce, and any other facility of interstate or foreign commerce engaged in a course of conduct consisting of malicious postings on Twitter, Blogs and other social media sites and sent and caused to be sent malicious emails and telephone calls that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to G.E.; all in violation of Title 18 U.S.C. § 2261A(2)(B)(i).

//

//

//

3

## COUNT 4

(Cyberstalking)
18 U.S.C. § 2261A(2)(B)(i)

Between on or about June 30, 2011and January 30, 2015, in the Central Division of

the District of Utah, and elsewhere,

### SUSHIL KUMAR SOMPUR
### a.k.a. SUSHIL KUMAR SOMPUR VASANTHKUMAR,

the defendant herein, with the intent to injure, harass and intimidate another person;

namely, A.V., a person known to the Grand Jury, through the use of the mail, any

interactive computer service, electronic communication service, electronic communication

service of interstate commerce, and any other facility of interstate or foreign commerce

engaged in a course of conduct consisting of malicious postings on Twitter, Blogs and

other social media sites and sent and caused to be sent malicious emails and telephone calls

that caused, attempted to cause, and would reasonably be expected to cause substantial

emotional distress to A.V.; all in violation of Title 18 U.S.C. § 2261A(2)(B)(i).

## COUNT 5

(Cyberstalking)
18 U.S.C. § 2261A(2)(B)(i)

Between on or about June 30, 2011and January 30, 2015, in the Central Division of

the District of Utah, and elsewhere,

### SUSHIL KUMAR SOMPUR
### a.k.a. SUSHIL KUMAR SOMPUR VASANTHKUMAR,

the defendant herein, with the intent to injure, harass and intimidate another person;

4

namely, L.G., a person known to the Grand Jury, through the use of the mail, any

interactive computer service, electronic communication service, electronic communication

service of interstate commerce, and any other facility of interstate or foreign commerce

engaged in a course of conduct consisting of malicious postings on Twitter, Blogs, and

other social media sites and sent and caused to be sent malicious emails and telephone calls

that caused, attempted to cause, and would reasonably be expected to cause substantial

emotional distress to L.G.; all in violation of Title 18 U.S.C. § 2261A(2)(B)(i).

## COUNT 6

(Cyberstalking)
18 U.S.C. § 2261A(2)(B)(i)

Between on or about June 30, 2011and January 30, 2015, in the Central Division of

the District of Utah, and elsewhere,

### SUSHIL KUMAR SOMPUR
### a.k.a. SUSHIL KUMAR SOMPUR VASANTHKUMAR,

the defendant herein, with the intent to injure, harass and intimidate another person;

namely, L.L.G., a person known to the Grand Jury, through the use of the mail, any

interactive computer service, electronic communication service, electronic communication

service of interstate commerce, and any other facility of interstate or foreign commerce

engaged in a course of conduct consisting of malicious postings on Twitter, Blogs and

other social media sites and sent and caused to be sent malicious emails and telephone calls

that caused, attempted to cause, and would reasonably be expected to cause substantial

emotional distress to L.L.G.; all in violation of Title 18 U.S.C. § 2261A(2)(B)(i).

## COUNT 7

(Cyberstalking)
18 U.S.C. § 2261A(2)(B)(i)

Between on or about June 30, 2011and January 30, 2015, in the Central Division of

the District of Utah, and elsewhere,

**SUSHIL KUMAR SOMPUR
a.k.a. SUSHIL KUMAR SOMPUR VASANTHKUMAR,**

the defendant herein, with the intent to injure, harass and intimidate another person;

namely, K.K., a person known to the Grand Jury, through the use of the mail, any

interactive computer service, electronic communication service, electronic communication

service of interstate commerce, and any other facility of interstate or foreign commerce

engaged in a course of conduct consisting of malicious postings on Twitter, Blogs and

other social media sites and sent and caused to be sent malicious emails and telephone calls

that caused, attempted to cause, and would reasonably be expected to cause substantial

emotional distress to K.K.; all in violation of Title 18 U.S.C. § 2261A(2)(B)(i).

## COUNT 8

(Cyberstalking)
18 U.S.C. § 2261A(2)(B)(i)

Between on or about June 30, 2011and January 30, 2015, in the Central Division of

the District of Utah, and elsewhere,

**SUSHIL KUMAR SOMPUR
a.k.a. SUSHIL KUMAR SOMPUR VASANTHKUMAR,**

the defendant herein, with the intent to injure, harass and intimidate another person;

namely, R.G., a person known to the Grand Jury, through the use of the mail, any

interactive computer service, electronic communication service, electronic communication

service of interstate commerce, and any other facility of interstate or foreign commerce

engaged in a course of conduct consisting of malicious postings on Twitter, Blogs and

other social media sites and sent and caused to be sent malicious emails and telephone calls

that caused, attempted to cause, and would reasonably be expected to cause substantial

emotional distress to R.G.; all in violation of Title 18 U.S.C. § 2261A(2)(B)(i).

### COUNT 9

(Cyberstalking)
18 U.S.C. § 2261A(2)(B)(i)

Between on or about June 30, 2011and January 30, 2015, in the Central Division of

the District of Utah, and elsewhere,

**SUSHIL KUMAR SOMPUR**
**a.k.a. SUSHIL KUMAR SOMPUR VASANTHKUMAR,**

the defendant herein, with the intent to injure, harass and intimidate another person;

namely, S.K-S., a person known to the Grand Jury, through the use of the mail, any

interactive computer service, electronic communication service, electronic communication

service of interstate commerce, and any other facility of interstate or foreign commerce

engaged in a course of conduct consisting of malicious postings on Twitter, Blogs and

other social media sites and sent and caused to be sent malicious emails and telephone calls

that caused, attempted to cause, and would reasonably be expected to cause substantial

7

emotional distress to S.K-S.; all in violation of Title 18 U.S.C. § 2261A(2)(B)(i).

## COUNT 10

(Cyberstalking)
18 U.S.C. § 2261A(2)(B)(i)

Between on or about June 30, 2011and January 30, 2015, in the Central Division of

the District of Utah, and elsewhere,

**SUSHIL KUMAR SOMPUR**
**a.k.a. SUSHIL KUMAR SOMPUR VASANTHKUMAR,**

the defendant herein, with the intent to injure, harass and intimidate another person;

namely, R.B., a person known to the Grand Jury, through the use of the mail, any

interactive computer service, electronic communication service, electronic communication

service of interstate commerce, and any other facility of interstate or foreign commerce

engaged in a course of conduct consisting of malicious postings on Twitter, Blogs and

other social media sites and sent and caused to be sent malicious emails and telephone calls

that caused, attempted to cause, and would reasonably be expected to cause substantial

emotional distress to R.B.; all in violation of Title 18 U.S.C. § 2261A(2)(B)(i).

## COUNT 11

(Cyberstalking)
18 U.S.C. § 2261A(2)(B)(i)

Between on or about June 30, 2011and January 30, 2015, in the Central Division of

the District of Utah, and elsewhere,

**SUSHIL KUMAR SOMPUR**
**a.k.a. SUSHIL KUMAR SOMPUR VASANTHKUMAR,**

the defendant herein, with the intent to injure, harass and intimidate another person;

namely, P.S., a person known to the Grand Jury, through the use of the mail, any interactive

computer service, electronic communication service, electronic communication service of

interstate commerce, and any other facility of interstate or foreign commerce engaged in a

course of conduct consisting of malicious postings on Twitter, Blogs and other social

media sites and sent and caused to be sent malicious emails and telephone calls that caused,

attempted to cause, and would reasonably be expected to cause substantial emotional

distress to P.S.; all in violation of Title 18 U.S.C. § 2261A(2)(B)(i).


A TRUE BILL:

_____
FOREPERSON of the GRAND JURY


CARLIE CHRISTENSEN
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney


9